**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MELVIN CELESTINO APARICIO MARTINEZ #A098-589-999** | **CASE NO. 1:26-CV-01363 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN CENTRAL LOUISIANA I C E PROCESSING CENTER ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 22], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that all of Plaintiff Melvin Celestino Aparicio Martinez's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and all claims are **DISMISSED WITHOUT PREJUDICE AS MOOT** for failing to state live claims which satisfy the case-or-controversy requirement.

**THUS DONE AND SIGNED** at Monroe, Louisiana, this the 14th day of September, 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE